INDEX OF EXHIBITS

Exhibit 1: City of Detroit Water & Sewerage Department, *Interim Collection Rules and Procedures*

Exhibit 2: Request for MDHHS Declaratory Ruling

Exhibit 3: MDHHS Denial of Request for Declaratory Ruling