# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| JACQUELINE TAYLOR, *et al.*,<br><br>   *Plaintiffs,*<br>v.<br><br>CITY OF DETROIT, *et al.*,<br><br>   *Defendants.* | Case No. 2:20-cv-11860<br><br>Hon. Denise Page Hood |

**ORDER GRANTING LEAVE TO FILE *AMICI CURIAE* BRIEF IN OPPOSITION TO DEFENDANTS THE CITY OF DETROIT, MAYOR MICHAEL DUGGAN, AND GARY BROWN'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT UNDER FED. R. CIV. P. 12(B)(6)**

Upon consideration of Food & Water Watch, Inc., and For Love of Water's unopposed motion for leave to appear as *amici curiae* and file a brief in opposition to Defendants' motion to dismiss (ECF No.27), it is hereby **ORDERED** that the motion is **GRANTED**.  The Clerk is **DIRECTED** to docket the Brief of *Amici Curiae* [ECF No.27-1] as of the date of this Order.

   **IT IS SO ORDERED.**

Dated: October 15, 2020              s/Denise Page Hood
                                     United States District Judge