**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| Jacqueline Taylor, et al., | Case No. 2:20-cv-11860 |
| Plaintiffs, | Hon. Denise Page Hood |
| v. | Mag. Anthony P. Patti |
| City of Detroit, et al., | |
| Defendants. | |

**STIPULATION GRANTING LEAVE TO WITHDRAW APPEARANCE**

Plaintiffs Jacqueline Taylor, Lisa Brooks, Michele Cowan, Tuana Henry, Mattie McCorkle, Renee Wilson, and the People's Water Board Coalition (Plaintiffs), and Defendants the City of Detroit, Mayor Michael Duggan, and Gary Brown (the Detroit Defendants) stipulate to granting Hallam Stanton leave to withdraw his appearance as counsel for the Detroit Defendants. The Detroit Defendants will remain amply represented by two other attorneys from the City of Detroit Law Department.

1

| | |
|---|---|
| By: /s/ Hallam Stanton<br>City of Detroit Law Department<br>Attorney for defendants City of Detroit, Mayor Michael Duggan & Gary Brown<br>Two Woodward Avenue<br>Detroit, Michigan 48226<br>(313) 237-5082<br>stantonh@detroitmi.gov<br>P82319 | By: /s/ Mark Fancher (with consent)<br>ACLU of Michigan<br>Attorney for plaintiffs<br>2966 Woodward Avenue<br>Detroit, MI 48201<br>(313) 578-6800<br>mfancher@aclumich.org<br>P56223 |
| Dated: July 6, 2021 | Dated: July 6, 2021 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| Jacqueline Taylor, et al., | Case No. 2:20-cv-11860 |
| Plaintiffs, | Hon. Denise Page Hood |
| | Mag. Anthony P. Patti |
| v. | |
| City of Detroit, et al., | |
| Defendants. | |

---

**STIPULATED ORDER GRANTING LEAVE TO WITHDRAW APPEARANCE**

Upon stipulation of Plaintiffs Jacqueline Taylor, Lisa Brooks, Michele Cowan, Tuana Henry, Mattie McCorkle, Renee Wilson, and the People's Water Board Coalition (Plaintiffs), and Defendants the City of Detroit, Mayor Michael Duggan, and Gary Brown (the Detroit Defendants), **IT IS ORDERED** that Hallam Stanton be granted leave to withdraw his appearance as counsel for the Detroit Defendants.

Dated: July 6, 2021                    s/Denise Page Hood
                                       United States District Judge