UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jacqueline Taylor, et al.,

       Plaintiff(s),

v.               Case No. 2:20−cv−11860−DPH−APP
                Hon. Denise Page Hood

Detroit, City of, et al.,

       Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 218.  The following motion(s) are scheduled for hearing:

    Motion for Preliminary Injunction – #54
    Motion to Expedite – #55

- MOTION HEARING:  January 23, 2023 at 11:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

              By: s/L. Saulsberry
                Case Manager

Dated:   December 21, 2022