# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Jacqueline Taylor, et al., | Case No. 4:20-cv-11860 |
| Plaintiffs, | Hon. Denise Page Hood |
| | Mag. Anthony P. Patti |
| v. | |
| City of Detroit, et al., | |
| Defendants. | |

| | |
|---|---|
| Alice B. Jennings<br>Edwards & Jennings<br>Attorney for plaintiffs<br>65 Cadillac Square, Suite 2710<br>Detroit, MI 48226<br>(313) 961-5000<br>ajennings@edwardsjennings.com | Charles N. Raimi<br>James N. Noseda<br>City of Detroit law department<br>and attorneys for defendants<br>City of Detroit, Mayor Michael Duggan<br>& Gary Brown ("City defendants")<br>Two Woodward Avenue<br>Detroit, Michigan 48226<br>(313) 224-4550<br>raimic@detroitmi.gov<br>nosej@detroitmi.gov |
| Coty Montag<br>Jason Paul Bailey<br>Attorney for plaintiffs<br>NAACP Legal Defense & Educational Fund, Inc.<br>700 14th Street NW, Suite 600<br>Washington, DC 20005<br>(202) 682-1300<br>cmontag@naacpldf.org<br>jbailey@naacpldf.org | **STIPULATED ORDER TO EXTEND TIME FOR FILING CITY DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

December 21, 2022

Daniel S. Korobkin
Mark P. Fancher

ACLU Fund of Michigan
Attorney for plaintiffs
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6800
dkorobkin@aclumich.org
mfancher@aclumich.org

Kurt Thornbladh
Thornbladh Law Group PLLC
Attorney for plaintiffs
Schaefer Plaza, 7301 Schaefer
Dearborn, MI 48126
(313) 943-2678
thornbladh.kurt3@gmail.com

Lorray S.C. Brown
Michigan Poverty Law Program
Attorney for plaintiffs
15 South Washington Street
Ypsilanti, MI 48197
(734) 998-6100
lorrayb@mplp.org

Monique Lin-Luse
NAACP Legal Defense & Educational
Fund, Inc.
Attorney for plaintiffs
40 Rector Street, Ste 5th Floor
New York, NY 10006
(212) 965-2200
mlinluse@naacpldf.org


Melissa Z. El Johnson
Melissa Z. El, P.C.

500 Griswold Suite 2410
Detroit, MI 48226
(313) 963-1049
eljohnsonlaw@gmail.com

### STIPULATED ORDER TO EXTEND TIME FOR FILING CITY DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

On stipulation of the parties, it is hereby ORDERED that the time for filing the City defendants' brief in opposition to plaintiffs' motion for preliminary injunction is extended from January 2, 2023 to January 4, 2023.

Dated: December 27, 2022                                      s/Denise Page Hood
                                                                                  United States District Judge

Stipulated to by:

/s/ Mark Fancher
Mark Fancher
Attorney for plaintiffs

/s/ Charles N. Raimi
Attorney for City defendants