# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| JACQUELINE TAYLOR, et al., | Case No. 2:20-cv-11860 |
| Plaintiffs, | Hon. Denise Page Hood |
| v. | |
| | Mag. Anthony P. Patti |
| CITY OF DETROIT, et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of Santino Coleman as an attorney for the Plaintiffs in the above-captioned case.

Respectfully submitted,

/s/ Santino Coleman
Santino Coleman
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel.: (202) 682-1300
scoleman@naacpldf.org

Dated: January 5, 2023

1