## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| Jacqueline Taylor, et al., | Case No. 2:20-cv-11860 |
| Plaintiffs, | Hon. Denise Page Hood<br>Mag. Anthony P. Patti |
| v. | |
| City of Detroit, et al., | |
| Defendants. | |

### STIPULATION GRANTING LEAVE TO WITHDRAW APPEARANCE

Plaintiffs Jacqueline Taylor, Lisa Brooks, Michele Cowan, Tuana Henry, Mattie McCorkle, Renee Wilson, and the People's Water Board Coalition (Plaintiffs), and Defendants Governor Gretchen Whitmer, the City of Detroit, Mayor Michael Duggan, and Gary Brown stipulate to granting Jason Bailey from the NAACP Legal Defense and Educational Fund, Inc. leave to withdraw his appearance as counsel for Plaintiffs. Plaintiffs will remain adequately represented by the attorneys from the NAACP Legal Defense and Educational Fund, Inc., the ACLU of Michigan, Edwards & Jennings, P.C., the Michigan Poverty Law Program, Thornbladh Legal Group, PLLC, and Melissa Z. El, P.C.

1

Dated: May 30, 2024

        Respectfully submitted,

        By: */s/Jason Bailey*
        Jason Bailey
        Santino Coleman†
        **NAACP LEGAL DEFENSE**
        **AND EDUCATIONAL FUND, INC.**
        700 14th Street NW, Suite 600
        Washington, DC 20005
        Tel.: (202) 682-1300
        jbailey@naacpldf.org
        scoleman#naacpldf.org

        Mark P. Fancher (P56223)
        Daniel S. Korobkin (P72842)
        Bonsitu Kitaba-Gaviglio (P78822)
        **AMERICAN CIVIL LIBERTIES UNION**
          **FUND OF MICHIGAN**
        2966 Woodward Avenue
        Detroit, Michigan 48201
        Tel.: (313) 578-6800
        mfancher@aclumich.org
        dkorobkin@aclumich.org
        bkitaba@aclumich.org

        **EDWARDS & JENNINGS, P.C.**
        Alice B. Jennings (P29064)
        Cadillac Tower Building
        65 Cadillac Square, Suite 2710
        Detroit, Michigan 48226
        Tel.: (313) 961-5000
        ajennings@edwardsjennings.com

**MICHIGAN POVERTY LAW PROGRAM**
Lorray S.C. Brown (P60753)
15 South Washington Street, Suite 202
Ypsilanti, Michigan 48197
Tel.: (734) 998-6100 ext. 613
Fax.: (734) 998-9125
lorrayb@mplp.org

**THORNBLADH LEGAL GROUP PLLC**
Kurt Thornbladh (P25858)
7301 Schaefer
Dearborn, Michigan 48126
Tel: (313) 943 2678
kthornbladh@gmail.com

**MELISSA Z. EL, P.C.**
Melissa Z. El Johnson (P29865)
500 Griswold Suite 2410
Detroit, Michigan 48226
Tel.: (313) 963-1049
Fax: (313) 963-3342
eljohnsonlaw@gmail.com

*Attorneys for Plaintiffs and the Putative Classes*

Dana Nessel
Attorney General

/s/Mark G. Sands (with consent)
Mark G. Sands (P67801)
Margaret A. Bettenhausen (P75046)
Assistant Attorneys General
Alcohol & Gambling Enforcement Div.
2860 Eyde Parkway
East Lansing, MI 48823
(517) 241-0210

*Attorneys for Defendant Governor Whitmer*

3

<u>/s/James N. Noseda</u> (with consent)
Charles N. Raimi
James D. Noseda
**CITY OF DETROIT LAW DEPARTMENT**
Two Woodward Avenue
Detroit, Michigan 48226
Tel.: (313) 224-4550
raimic@detroitmi.gov
nosej@detroitmi.gov

*Attorneys for Defendants the City of Detroit, Mayor Michael Duggan, and Gary Brown*

4

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Jacqueline Taylor, et al., | Case No. 2:20-cv-11860 |
| Plaintiffs, | Hon. Denise Page Hood<br>Mag. Anthony P. Patti |
| v. | |
| City of Detroit, et al., | |
| Defendants. | |

**STIPULATED ORDER GRANTING LEAVE TO WITHDRAW APPEARANCE**

Upon stipulation of Plaintiffs Jacqueline Taylor, Lisa Brooks, Michele Cowan, Tuana Henry, Mattie McCorkle, Renee Wilson, and the People's Water Board Coalition (Plaintiffs), and Defendants Governor Gretchen Whitmer, the City of Detroit, Mayor Michael Duggan, and Gary Brown, **IT IS ORDERED** that Jason Bailey be granted leave to withdraw his appearance as counsel for Plaintiffs.

IT IS SO ORDERED.

s/Denise Page Hood
United States District Judge

Dated: May 30, 2024